United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Catalina Cruz, | NO. C 08-03728 JW |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| v. | |
| CollectCorp Corp., | |
| Defendant. | |

This case was scheduled for a Case Management Conference on February 23, 2009. On February 17, 2009, the parties filed a Notice of Settlement. (See Docket Item No. 14.) In the light of the parties' representation that this case has been settled and a Notice of Dismissal with prejudice will be filed "in the near future," the Court vacates all trial and pretrial dates. On or before **March 20, 2009**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **March 30, 2009 at 9:00 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **March 20, 2009**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

         Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated:  February 19, 2009

_____
JAMES WARE
United States District Judge

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Kitty Jie Wen Lin kit@legalhelpers.com
Richard John Meier rjm@legalhelpers.com
3 Tomio Buck Narita tnarita@snllp.com

5 **Dated: February 19, 2009**                        **Richard W. Wieking, Clerk**

7                                                    **By:   /s/ JW Chambers**
                                                         **Elizabeth Garcia**
                                                         **Courtroom Deputy**