
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**



| | |
|---|---|
| Catalina Cruz<br><br>        Plaintiff,<br><br>v.<br><br>CollectCorp Corporation<br><br>        Defendant. | Case No 5:08-cv-03728-JW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Now comes the parties, by and through counsel, and hereby dismiss the present action pursuant to Fed. R. 41(a)1(ii), with prejudice. Each party shall bear its own costs and attorney fees. The parties further stipulate that the Court shall retain jurisdiction to enforce the terms of the settlement agreement.

The Clerk shall close this file.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| Legal Helpers, P.C. | Simmonds & Narita, LLP |
| By:/*s/ Richard J. Meier*<br>Richard J. Meier<br>233 S. Wacker Drive, Suite 5150<br>Chicago, IL 60606<br>Tel:  866-339-1156<br>Fax: 312-822-1064<br>rjm@legalhelpers.com<br>*Attorney for Plaintiff* | By: */s/ Tomio B. Narita, per consent*<br>Tomio B. Narita<br>44 Montgomery Street, Suite 3010<br>San Francisco, CA 94104<br>Tel: 1.415.283.1000<br>Fax: 1.415.352.2625<br>tnarita@snllp.com<br>*Attorney for Defendant* |

*IT IS SO ORDERED*
*James Ware*
*Judge James Ware*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on March 20, 2009, a copy of the foregoing Stipulation was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.


                                            */s/ Richard J. Meier*